IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

| | |
|---|---|
| IN THE MATTER OF THE TAX ) <br> LIABILITIES OF: ) <br> ) <br> JOHN DOES, United States Merchants who ) <br> have established Merchant Sales ) <br> Agreements with First Data Corporation ) <br> or any of its subsidiaries or affiliates, to ) <br> process debit card, credit card, charge ) <br> card, or other payment card transactions ) <br> pursuant to a referral or any other business ) <br> arrangement involving or software provided ) <br> by First Atlantic Commerce, Ltd., a ) <br> Bermuda Corporation, that results in Net ) <br> Payments being deposited into an account at ) <br> a Merchant/Acquiring Bank located outside ) <br> the United States, at any time during the ) <br> period January 1, 2002 through the date of ) <br> service of the summons. ) <br> ) | Civil No. 1:09-CV-0861-REB |

STIPULATION AND ORDER

THIS MATTER is before the Court with respect to the April 17, 2009, "John Doe" Internal Revenue Service Summons ("Summons") issued to First Data Corporation ("First Data"), in accordance with this Court's authorization dated April 15, 2009. The United States of America ("United States") and First Data, by and through counsel, hereby stipulate and agree as follows:

1. On April 15, 2009, the Court entered its Order granting the *Ex Parte* Petition for Leave to Serve John Doe Summons authorizing the Internal Revenue Service to serve upon First Data a John Doe summons in the form attached to the petition filed by the United States on April

13, 2009.

    2.    Subsequently thereafter, the Internal Revenue Service served the John Doe summons upon First Data. A copy of the Summons is attached hereto as Exhibit A.

    3.    Since service of the summons, the United States and First Data have engaged in discussions regarding the compliance by First Data with the Summons. Pursuant to those discussions the parties have agreed that First Data will comply with the Summons once modified. For purpose of this compliance, the first paragraph of the Attachment to the John Doe Summons will be deemed modified to provide as follows:

    1.    For each merchant that has processed debit card, credit card, charge card or other payment card transactions with First Data Corporation ("First Data") or any of its subsidiaries or affiliates, including but not limited to First Data International, First Data Merchant Services and Cardservice International (currently doing business as First Data Independent Sales), where such transaction involved the use of the proprietary suite of software products of First Atlantic Commerce Limited ("First Atlantic") known as cGate®, that resulted in transaction payments being deposited into a merchant account at an acquiring bank located outside the United States or provided to an acquiring bank located outside the United States, please provide records relating to such transactions for the period January 1, 2002, through **the date of full compliance with this summons,** including the following:

    a.    Documents identifying each such John Doe merchant, including name, address, telephone number, and other available identifying information;
    b.    Monthly summaries for each John Doe merchant account reflecting all activity of such John Doe merchant account, including but not limited to, sales, returns, chargebacks, fees, credits, discounts and net payments processed;
    c.    Any other account information for each such John Doe merchant, including any account summaries and account agreements;
    d.    Agreements, correspondence, e-mails, facsimiles, memoranda of telephone conversations, or memoranda of activities between First Data and any such John Doe merchant, or between First Data and First Atlantic, pertaining to the above-described transactions.

The second paragraph is deleted entirely and paragraphs three through five are renumbered

4457763.1

accordingly.  A copy of the Attachment to the Summons as modified pursuant to this stipulation is attached hereto as Exhibit B.

4.	This compliance by First Data with the Summons as deemed modified herein is without prejudice to the rights of the United States to seek full enforcement of the Summons as originally approved by the Court and without prejudice to the rights of First Data to raise any objection it may have to full enforcement of the Summons as originally approved by the Court.

SO ORDERED, September 14, 2009.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

STIPULATED AND AGREED:

DAVID M. GAOUETTE
Acting United States Attorney

s/ Kirsten L.  Nathanson
KIRSTEN L. NATHANSON
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2887
Email: knathanson@crowell.com

Attorney for First Data Corporation

s/ Amy Matchison
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6531
Email:  Amy.T.Matchison@usdoj.gov
            Western.Taxcivil@usdoj.gov

Attorneys for the United States of America